UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL ADAMS,

    Plaintiff,

v.                                    CASE NO.: 8:10-cv-2535-T-23TBM

MICHAEL J. ASTRUE, Commissioner
of the United States Social Security
Administration,

    Defendant.
_____/

**<u>ORDER</u>**

    On December 13, 2011, United States Magistrate Judge Thomas B. McCoun, III, issued a report (Doc. 21) that recommends affirming the Commissioner's decision in this action. More than seventeen days has passed and neither the plaintiff nor the Commissioner objects. The report and recommendation (Doc. 21) is **ADOPTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is **AFFIRMED**. The clerk is directed to (1) enter judgment in favor of the Commissioner and against the plaintiff, (2) terminate any pending motion, and (3) close the case.

    ORDERED in Tampa, Florida, on January 4, 2012.

                                              *Steven D. Merryday*
                                          STEVEN D. MERRYDAY
                               UNITED STATES DISTRICT JUDGE